IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL KARASIK and LYNN KARASIK, h/w<br><br>v.<br><br>1501 LOCUST STREET ASSOC.;<br>PEARL PROPERTIES COMMERCIAL MANAGEMENT LLC;<br>SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY;<br>CITY OF PHILADELPHIA;<br>COMMONWEALTH OF PENNSYLVANIA;<br>COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF TRANSPORTATION;<br>PORT AUTHORTY TRANSIT CORPORATION;<br>PATCO SPEEDLINE;<br>DELAWARE RIVER PORT AUTHORTY;<br>PECO ENERGY COMPANY;<br>PHILADELPHIA GAS WORKS;<br>INFRASOURCE CONSTRUCTION, LLC;<br>INFRASOURCE CONSTRUCTION SERVICES, LLC;<br>INFRASOURCE INSTALLATION, LLC;<br>INFRASOURCE C/O CORP SERVICES CO;<br>INFRASOURCE, a Quanta Services Company; and<br>QUANTA SERVICES, INC. | CIVIL ACTION<br><br>CASE NO. 2:19-cv-04843-PBT<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**STIPULATION AND ORDER OF DISMISSAL** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal without prejudice of this action, including all claims, crossclaims and counterclaims asserted, with each party to bear its own attorneys' fees and costs. This Stipulation of Dismissal shall not operate as an adjudication on the merits.

{5788.00048:00799660 }

**SOLOMON SHERMAN & GABAY**

_____
David Sherman, Esquire
*Counsel for Plaintiffs*
*Michael and Lynn Karasik*


**RICCI TYRRELL JOHNSON & GREY**


**s/ Jason M. Avellino, Esquire**
_____
Francis J. Grey, Jr., Esquire
Jason M. Avellino, Esquire
*Counsel for Defendants,*
*InfraSource Construction, LLC, and*
*Quanta Services, Inc.*
*(incorrectly designated as InfraSource Construction Services, LLC,*
*InfraSource Installation, LLC,*
*InfraSource c/o Corp Services Co, and*
*InfraSource, a Quanta Services Co.)*


**SALMON RICCHEZZA SINGER TURCHI**


**s/ Shari F. Bernstein, Esquire**
_____
John E. Salmon, Esquire
Shari F. Bernstein, Esquire
*Counsel for Defendant,*
*PECO Energy Company*


**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**


**s/ Benjamin S. Levine, Esquire**
_____
Michael L. Detweiller, Esquire
Benjamin S. Levine, Esquire
*Counsel for Defendant,*
*City of Philadelphia*

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL


/s Brad Kubiak, Esquire
_____
Brad Kubiak, Esquire
*Counsel for Defendant,*
*Commonwealth of Pennsylvania, and*
*Commonwealth of Pennsylvania Department of Transportation*


PHILADELPHIA GAS WORKS


s/ Ramon Townsend, Esquire
_____
Ramon Townsend, Esquire
*Counsel for Defendant,*
*Philadelphia Gas Works*


WILLIAM J. FERREN & ASSOCIATES


s/ Brendan Howton, Esquire
_____
Brendan Howton, Esquire
*Counsel for Defendants,*
*1501 Locust Street Associates, LP*
*(incorrectly designated as 1501 Locust Street Assoc.), and*
*Pearl Properties Commercial Management LLC*


DELAWARE RIVER PORT AUTHORITY
OFFICE OF GENERAL COUNSEL


s/ Ryan Mulderrig, Esquire
_____
Ryan Mulderrig, Esquire
*Counsel for Defendants,*
*Delaware River Port Authority of Pennsylvania and New Jersey*
*a/k/a Delaware River Port Authority,*
*Port Authority Transit Corporation a/k/a PATCO*
*(incorrectly identified as PATCO Speedline)*

SOUTHEASTERN PENNSYLVANIA
TRANSPORTATION AUTHORITY


s/Lanni S. Klein, Esquire
_____
Lanni S. Klein, Esquire
*Counsel for Defendant,*
*Southeastern Pennsylvania Transportation Authority*

{5788.00048:00799660 }

## ORDER

The stipulation is approved. The entire action, including all claims, cross claims and counterclaims stated herein against all parties, is hereby dismissed without prejudice.

_____                    _____
Date                                                                                                                    J.